UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLENE GIVENS-KEEFER,
                    Plaintiff,

          -v-

AMERICAN EXPRESS COMPANY, *et al.*,
                    Defendants.

18-CV-4164 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On January 21, 2020, Defendants' motion to compel arbitration was granted, staying this case pending the outcome of arbitration. (Dkt. No. 59.) The parties were directed to notify the Court within 14 days of the conclusion of arbitration and, if the arbitration had not concluded by July 1, 2020, to provide a status letter to the Court. (*Id*.) However, the Court has received no communications from either party since the motion to compel arbitration was granted.

    Parties are hereby directed to provide the July 1, 2020 status letter to the Court.

    SO ORDERED.

Dated: July 16, 2020
       New York, New York

                                          J. PAUL OETKEN
                                        United States District Judge