UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLENE GIVENS-KEEFER,
                     Plaintiff,

           -v-

AMERICAN EXPRESS COMPANY, *et al.*,
                     Defendants.

18-CV-4164 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court is in receipt of Defendants' August 2, 2022 letter informating the Court that the arbitrator dismissed Plaintiff's claims with prejudice for failing to prosecute. (*See* Dkt. No. 68.)

Any motion regarding the arbitration award, such as a motion to confirm or vacate the award, shall be filed within twenty-one days after the date of this order.

     SO ORDERED.

Dated: August 3, 2022
       New York, New York

                                                 J. PAUL OETKEN
                                                 United States District Judge